Date: 2/19/19

*IT IS SO ORDERED*
Judge Yvonne Gonzalez Rogers

David E. Bower (SBN 119546)
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL BOSWELL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>iPASS INC., MICHAEL J. TEDESCO, GARY A. GRIFFITHS, DAVID PANOS, JUSTIN R. SPENCER, and NEAL I. GOLDMAN,<br><br>Defendants. | Civil Action No. 4:18-cv-07486 |

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntary dismisses with prejudice as to Plaintiff only the above-titled action against Defendants as moot. Because this dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgement, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

DISMISSAL

| | | |
|---|---|---|
| 1 | DATED: February 15, 2019 | Respectfully submitted, |
| 2 | **OF COUNSEL** | /s/ *David E. Bower* |
| 3 | **MONTEVERDE & ASSOCIATES PC** | David E. Bower SBN 119546 **MONTEVERDE & ASSOCIATES PC** |
| 4 | Juan E. Monteverde | 600 Corporate Pointe, Suite 1170 |
| 5 | The Empire State Building 350 Fifth Avenue, Suite 4405 | Culver City, CA 90230 Tel: (213) 446-6652 |
| 6 | New York, New York 10118 Tel: 212-971-1341 | Fax: (212) 202-7880 Email: dbower@monteverdelaw.com |
| 7 | Fax: 212-202-7880 Email: jmonteverde@monteverdelaw.com | *Counsel for Plaintiff* |
| 8 | *Counsel for Plaintiff* | |